**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WIRA REAGAN KOJONGIAN, | No. 07-72459 |
| Petitioner, | |
| | Agency No. A078-020-340 |
| v. | |
| | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010[**]

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Wira Reagan Kojongian, a native and citizen of Indonesia, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for asylum and withholding

of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

substantial evidence, *Wakkary v. Holder*, 558 F.3d 1049, 1056 (9th Cir. 2009), and we deny the petition for review.

The record does not compel the conclusion that Kojongian filed his asylum application within a reasonable period of time given any changed or extraordinary circumstances. *See* 8 C.F.R. §§ 1208.4(a)(4), (5); *see also Husyev v. Mukasey*, 528 F.3d 1172, 1181-82 (9th Cir. 2008). Accordingly, Kojongian's asylum claim fails.

Kojongian failed to exhaust any contention that he suffered past persecution. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004). Substantial evidence supports the agency's finding that Kojongian failed to establish a clear probability of persecution in Indonesia because he presented no evidence that he was personally targeted, *Lolong v. Gonzales*, 484 F.3d 1173, 1180-81 (9th Cir. 2007) (en banc), and his parents, who are Christian pastors, both remain in Indonesia without harm, *see Hakeem v. INS*, 273 F.3d 812, 816-17 (9th Cir. 2001). Further, substantial evidence also supports the agency's finding that Kojongian failed to establish a pattern or practice of persecution against Christians in Indonesia. *See Wakkary*, 558 F.3d at 1061-62. Accordingly, Kojongian's withholding of removal claim fails. *See Hoxha v. Ashcroft*, 319 F.3d 1179, 1184-85 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED.**

07-72459